# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEANN JUSTINE WIESNER,
Appellant,
vs.
DANIEL ALLAN WIESNER,
Respondent.

No. 65506

FILED

DEC 02 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal purportedly from an order dated July 16, 2004.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, appellant's notice of appeal, filed April 15, 2014, was filed more than thirty days after the order from which she purports to appeal. See NRAP 4(a)(1); NRAP 26(c). We conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

---

[1]In light of this disposition, any pending motions or documents are rendered moot.

cc: Hon. Kenneth E. Pollock, District Judge
DeAnn Justine Wiesner
Daniel Allan Wiesner
Eighth District Court Clerk